UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert GENNELL, Jr. *et al.,*

        Plaintiffs,        Case No. 1:05-cv-00145-PB

v.

FEDEX CORPORATION, FEDEX GROUND PACKAGE SYSTEM, INC., and FEDEX HOME DELIVERY (a division thereof),

        Defendants.
_____/

## ORDER

The Court, based upon the submissions of counsel, makes the following **ORDER:**

The Court's earlier scheduling order is amended as follows:

- **September 7, 2012:** Deadline for plaintiffs to serve expert reports.
- **November 2, 2012:** Deadline for defendants to serve expert reports.
- **November 30, 2012:** Deadline for the parties to complete expert depositions.
- **January 4, 2013:** Deadline for parties to file summary judgment motions.
- **February 1, 2013:** Deadline for oppositions to summary judgment or other motions.
- **February 22, 2013:** Deadline for reply briefs.

**IT IS SO ORDERED.**

Dated: 08/21/2012

        /s/ Paul Barbadoro
        HONORABLE PAUL J. BARBADORO
        JUDGE OF DISTRICT COURT

cc:   Counsel of Record

3